IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHERYL A. SLINGLAND, | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PATRICK R. DONAHOE | : | No. 11-04591 |
| POSTMASTER GENERAL, | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 27th day of September, 2012, upon consideration of the Defendant's Motion to Dismiss the Amended Complaint (Doc. No. 11), and the Plaintiff's Response thereto (Doc. No. 15), it is hereby **ORDERED** that the motion is **GRANTED**.  The Plaintiff's complaint is **DISMISSED with PREJUDICE.**

BY THE COURT:


/s/LAWRENCE F. STENGEL
LAWRENCE F. STENGEL, J.